UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Barbara Peterson, | Court File No. |
| Plaintiff, | |
| vs. | **NOTICE OF REMOVAL** |
| HealthEast Woodwinds Hospital, | **TO FEDERAL COURT** |
| Defendant. | |

TO: PLAINTIFF, ABOVE NAMED, AND HER COUNSEL OF RECORD, RICHARD A. WILLIAMS, JR., R.A. WILLIAMS LAW FIRM, P.A., 2400 COUNTY ROAD D WEST, SUITE 110, ST. PAUL, MN 55112.

Defendant HealthEast Woodwinds Hospital, by its attorneys, hereby notices the removal of this action from the District Court of the Second Judicial District Court for the County of Ramsey, State of Minnesota, to the United States District Court for the District of Minnesota, pursuant to 28 U.S.C. § 1446(a), and states as follows:

1. On January 20, 2011, Plaintiff served Defendant with a Summons and Complaint in the above-captioned matter. A true and correct copy of the Summons and Complaint, which constitutes all process, pleadings and orders served upon Defendant, is attached hereto as Exhibit A.

233931.1

2.  This Notice of Removal is filed within thirty (30) days of the date on which Defendant received the Summons and Complaint and, therefore, is timely filed pursuant to 28 U.S.C. § 1446(b).

3.  The Complaint alleges discrimination in violation of the Family and Medical Leave Act, 28 U.S.C. § 2601 *et seq.*

4.  Removal of this action is premised on federal question jurisdiction based upon 28 U.S.C. § 1441(a) and (b) in that this is a civil action brought in a state court of which the district courts have original jurisdiction under 28 U.S.C. §§ 1331 and 1441.

5.  A copy of this Notice of Removal is being filed with the clerk of the District Court of the Second Judicial District for the County of Ramsey, Minnesota, and served upon all parties as required by 28 U.S.C. § 1446(d). A copy of the Notice is attached hereto as Exhibit B.

Dated: February 7, 2012          FELHABER, LARSON, FENLON & VOGT, P.A.

By: /s Sara Gullickson McGrane
Sara Gullickson McGrane #233213
Jessica M. Marsh, #388353
220 South Sixth Street, Suite 2200
Minneapolis, Minnesota 55402
Telephone: (612) 373-8511

ATTORNEYS FOR DEFENDANT
HEALTHEAST WOODWINDS HOSPITAL