≈AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Barbara Peterson,

           Plaintiff,

V.

HealthEast Woodwinds Hospital,

           Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number:   12-327 (JNE/FLN)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Peterson's Motion Pursuant to FRCP 56(d) [Docket No. 69] is DENIED.

2. HealthEast's Motion for Summary Judgment [Docket No. 41] is GRANTED IN PART.

3. Count One of Peterson's Complaint is DISMISSED WITH PREJUDICE.

4. Counts Two, Three, Four, and Five of Peterson's Complaint are REMANDED to the Second Judicial District of the State of Minnesota.

5. The Clerk of Court shall mail a certified copy of this Order to the clerk of the Second Judicial District of the State of Minnesota.

| June 4, 2013 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | s/J. Zuech |
| | (By)   J. Zuech   Deputy Clerk |

Form Modified:  09/16/04