UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Barbara Peterson,                                                    Civil No. 12-327 (JNE/FLN)

          Plaintiff,

v.                                                                              **ORDER**

HealthEast Woodwinds Hospital,

          Defendant.

---

Richard A. Williams, Jr. and Megan A. Spriggs for Plaintiff.
Jessica M. Marsh for Defendant.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on May 30, 2013 on Plaintiff's motion to reopen and hear a previous motion to compel (ECF No. 60). On June 3, 2013, HealthEast's motion for summary judgement was granted in part and Peterson's federal claims were dismissed with prejudice. ECF No. 74 and 75. Peterson's state law claims were remanded to state court. *Id.* Therefore, this motion is now moot. Based upon all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff's motion to reopen and hear a previous motion to compel (ECF No. 60) be **DENIED**.

DATED: June 11, 2013                  *s/ Franklin L. Noel*
                                                  FRANKLIN L. NOEL
                                                  United States Magistrate Judge