**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Barbara Peterson,

    Plaintiff,

-vs-                                             Civ. 12-327 (JNE/FLN)

HealthEast Woodwinds Hospital,

    Defendant.

**COST JUDGMENT**

The costs of the Defendant, HealthEast Woodwinds Hospital, have been taxed and allowed by the Clerk of this Court against the Plaintiff, Barbara Peterson, as follows:

|                      | **Claimed** | **Allowed** |
|----------------------|-------------|-------------|
| Fees of the clerk    | $350.00     | $350.00     |
| Fees for transcripts | $2,886.75   | $2,886.75   |
| Total                | $3,236.75   | $3,236.75   |

Costs, therefore, are taxed against Plaintiff, Barbara Peterson, in the amount of $3,236.75 and judgment is entered accordingly. Motion for review of the Clerk's decision may be made within 14 days hereafter in accordance with Local Rule 54.3(c).

Dated at Minneapolis, Minnesota, this 17th day of August, 2013.

                                                                               RICHARD D. SLETTEN, CLERK

                                                                               By: s/ T. Pepin

                                                                               T. Pepin
                                                                               Deputy Clerk